396 A.2d 45

Commonwealth v. Phillips, Appellant.

Argued March 28, 1978.  John B. Talierco, for appellant;  D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.

396 A.2d 45

Commonwealth v. Pifcho, Appellant.

Submitted June 13, 1977.  Brendan J. Vanston, for appellant;  James E. Davis, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.